IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08CV1213 |
| Plaintiff, | Judge Boyko |
| vs. | |
| JULIA D. WILBURN, | **CONSENT DECREE OF JUDGMENT** |
| Defendant. | |

On this day came on to be heard the Complaint of the United States of America, represented by WILLIAM J. EDWARDS, Acting United States Attorney for the Northern District of Ohio; and the defendant, Julia D. Wilburn.

The defendant, Julia D. Wilburn, having received a copy of the complaint filed herein, and having read and understood the allegations of the plaintiff contained therein, said defendant consents to the entry of this decree and to each and every provision thereof without contest, and before any testimony has been taken; and the United States of America consents to the entry of this decree and to each and every provision thereof.

WHEREAS, this Court has jurisdiction under 28 U.S.C., 1345 over the subject matter and the party, and the complaint herein states a claim for which relief may be granted;

WHEREAS, the Department of Education, paid defendant's insured promissory note, the holder, assigned all rights, title and interest in the note to the United States of America, whereas the defendant is indebted to the United States in the principal sum of $1,922.94 on Count I, $1,196.02 on Count II and $5,886.39 on Count III.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That this Court has jurisdiction of the subject matter hereof and of all persons and parties hereto, and that the complaint states a cause of action against the defendant, Julia D. Wilburn.

2. That a judgment is rendered in favor of the plaintiff against the defendant, Julia D. Wilburn, on Count I in the amount of $4,685.91 ($1,922.94 Principal and $2,762.97 Interest accrued through July 22, 2008), plus 8.00% interest to the date of judgment; on Count II in the amount of $2,662.90 ($1,196.02 Principal and $1,466.88 Interest accrued through July 22, 2008), plus 8.00% interest to the date of judgment, and on Count III in the amount of $12,677.62 ($5,886.39 Principal and $6,791.23 Interest accrued through July 22, 2008), plus 8.20 to the date of judgment, and

interest from the date of judgment at the legal rate on Count I, Count II, and Count III computed daily and compounded annually until paid in full, plus costs of suit in the amount of $350.00.

Date July 28, 2008

s/Christopher A. Boyko
UNITED STATES DISTRICT JUDGE

APPROVED BY:

*Julia D. Wilburn*

JULIA D. WILBURN
Defendant

Date 07/24/08

WILLIAM J. EDWARDS
Acting United States Attorney

By: *Alex Rokakis*

ALEX ROKAKIS
Assistant U. S. Attorney
Registration No. 0029078
Phone: (216) 622-3673
E-Mail: ALEX.ROKAKIS@USDOJ.GOV
FAX: (216) 522-4542

Date 7/28/08

3